# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**PEARLIE McCULLOUGH as grandmother and personal representative of the estate of her grandson, Marquell Deontae McCullough, deceased,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No. 8:06-cv-813-T-30TBM

**JIM COATS as Sheriff of Pinellas County, Florida, in his official capacity, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Mandate of the United States Court of Appeals for the Eleventh Circuit (Dkt. #52). Pursuant to the decision of the appellate court, this Court's denial of the Motion for Summary Judgment filed by Defendants Antolini and DeLeon (Dkt. #25) has been reversed. The appellate court has concluded that the use of deadly force by Antolini and DeLeon was reasonable and necessary under the facts of this case in order to prevent serious bodily harm to themselves or others and to prevent escape, and therefore, not excessive under the Fourth Amendment. Accordingly, the officers are entitled to qualified immunity. Without unreasonable force being applied Count II fails as well.

It is therefore ORDERED AND ADJUDGED that:

1. This Court's Order (Dkt. #35) is **VACATED**.

2. The Motions for Summary Judgment filed by Defendants (Dkts. #25 and 26) are **GRANTED**.

3. The Clerk is directed to terminate any pending motions and to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on April 3, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-813.remand order 52.wpd